## 59476. THIGPEN v. KILGORE.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

ARGUED FEBRUARY 5, 1980 — DECIDED JUNE 11, 1980 —
REHEARING DENIED JULY 2, 1980.

*Joseph H. Ferrier,* for appellant.
*John R. Ferrelle,* for appellee.